USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JUAN ORTEGA, on behalf of himself and        :
all others similarly situated,                              :         21-CV-10733 (VEC)
                                                                       :
                                          Plaintiff,           :         ORDER
                          -against-                           :
                                                                       :
GARTNER STUDIOS, LLC.,                           :
                                                                       :
                                          Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on April 8, 2022, the Court ordered Defense counsel to file a notice of appearance on the docket by no later than April 13, 2022, Dkt. 9;

   WHEREAS the Court ordered Plaintiff's counsel to serve the Court's order on Defense counsel by no later than April 11, 2022, *id.*;

   WHEREAS on April 8, 2022, Plaintiff's counsel served the Court's endorsement on Defense counsel, Dkt. 12; and

   WHEREAS to date, Defense counsel has not filed a notice of appearance in this case.

   IT IS HEREBY ORDERED that the Court will give Defense counsel one more chance to comply with the Court's order requiring counsel to file a notice of appearance. Accordingly, Defense counsel's deadline to file a notice of appearance is extended, *nunc pro tunc*, to **Friday, April 22, 2022**. If Defense counsel fails to comply with the Court's order, the Court will order Defense counsel to show cause why he should not be sanctioned personally for failure to comply with Court orders.

IT IS FURTHER ORDERED that Plaintiff's counsel, by no later than **Monday, April 18, 2022**, must serve a copy of this Order on Defense counsel by email and by mail and file proof of service on the docket.

**SO ORDERED.**

**Date:  April 15, 2022**                                 **VALERIE CAPRONI**
       **New York, New York**                         **United States District Judge**